UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**Pre-Trial Conference Calendar**

Honorable Christopher F. Droney, U.S.D.J.
450 Main Street
Hartford
Chambers Room 108 - Annex

**JANUARY 7, 2004**

**4:00 P.M.**

*held*
*1 hr -60 mins.*

All counsel who will try the case shall attend the pre-trial
conference.

Counsel shall be prepared to discuss and argue any evidentiary
issues and/or any pre-trial motions.

Counsel shall be prepared to discuss all aspects of their joint
trial memorandum, including their proposed voir dire, statement
in lieu of opening statement, witness list and exhibits, and any
proposed jury instructions.

To the extent possible, counsel shall bring exhibits to the pre-
trial conference to mark them for identification.

CASE NO. **3-00-cv-1853 (CFD)    ALLEN v AUTO LOCK UNLIMITED**

Daniel S. Blinn
Consumer Law Group
2138 Silas Dean Hwy.,
Rocky Hill, CT 06067-9997

Sarah Poriss
Consumer Law Group
2138 Silas Dean Hwy.,
Rocky Hill, CT 06067

Jack G. Steigelfest
Howard, Kohn, Sprague & Fitzgerald
237 Buckingham St., PO Box 261798
Hartford, CT 06126-1798

James F. Sullivan
Howard, Kohn, Sprague &
237 Buckingham St.,
Hartford, CT 06126-1798

Matthew T. Theriault
Consumer Law Group
2138 Silas Dean Hwy.
P.O. Box 1039
Rocky Hill, CT 06067

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK