UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JAN 26  P 2: 43

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| NICOLE ALLEN,<br>　　Plaintiff<br>v.<br><br>AUTO LOCK UNLIMITED,<br>　　Defendant | CASE NUMBER:<br>3:02CV01853(CFD)<br><br>NOTICE<br>OF DISMISSAL<br><br>January 20, 2003 |

The plaintiff, Nicole Allen, through her attorney Matthew T. Theriault, hereby gives notice that the claims of the above-entitled action shall be dismissed with prejudice and without costs.

PLAINTIFF, Nicole Allen

By: _____
Daniel S. Blinn    ct02188
Matthew T. Theriault    ct23077
Consumer Law Group, LLC
P. O. Box 1039   2138 Silas Deane Highway
Rocky Hill, Connecticut 06067-9997
Tel (860) 571-0408  Fax (860) 571-7457

**CERTIFICATION**

I hereby certify that a copy of the foregoing Notice of Dismissal was mailed via first-class mail, postage prepaid, this 20th day of January 2004, to all counsel and/or pro se parties of record, as follows:

James F. Sullivan
Howard Kohn Sprague & Fitzgerald
237 Buckingham Street
P. O. Box 260896
Hartford, CT  06106

_____
Matthew T. Theriault