JAN-29-2004  13:10       CONSUMER LAW GROUP                    8605717457    P.02/03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NICOLE ALLEN<br>    Plaintiff<br>v.<br><br>AUTO LOCK UNLIMITED<br>    Defendant | CASE NUMBER<br>3:00CV1853(CFD)<br><br>STIPULATION TO<br>DISMISSAL<br><br>January __, 2004 |

    The plaintiff, Nicole Allen, through her attorney Matthew T. Theriault and the defendant Auto Lock Unlimited, through its attorney James F. Sullivan, hereby stipulate that the claims of the above-entitled action shall be dismissed with prejudice, and without costs subject to approval of the Court.

PLAINTIFF, Matthew T. Theriault

Date: 1/29/04        By: _____
                     Matthew T. Theriault ct23077
                     Consumer Law Group, LLC
                     P. O. Box 1039  2138 Silas Deane Highway
                     Rocky Hill, Connecticut 06067-9997
                     Tel. (860) 571-0408  Fax (860) 571-7457

DEFENDANT, Auto Lock Unlimited

Date: 1/29/04        By: _____
                     James F. Sullivan
                     Howard, Kohn, Sprague & Fitzgerald LLP
                     237 Buckingham Street
                     P.O. Box 261798
                     Hartford, CT 06126-1798

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing Stipulation to Dismissal was mailed, via first class mail, postage prepaid, this 2 9th day of January 2004, to all counsel as follows:

James F. Sullivan
Howard, Kohn, Sprague & Fitzgerald LLP
237 Buckingham Street
P.O. Box 261798
Hartford, CT 06126-1798

_____
Matthew T. Theriault